# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

George B Swanson , Natalie M Swanson

V.

Bureau of Land Management , Cleveland National Forest, Thomas F Gillett , Ken Salazar, Eric Holder, Tom Vilsack , Tom Tidwell , Bob Abbey, Thomas Gillet,  United States of America

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    06cv1560-W(WVG)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants the Government's motion to dismiss this entire lawsuit. Plaintiffs must not attempt to return to federal court until they have exhausted their administrative remedies pursuant to 28 U.S.C. § 2675(a). The clerk of the court shall close the district court case file..................................................................................................................................
..................................................................................................................................

| October 1, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk
ENTERED ON October 1, 2010

09cv2025-DMS(CAB)